UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DENNIS LEVECE MAYES** | **CIVIL ACTION NO. 14-3500** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **OUACHITA CORRECTIONS CENTER, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

After an independent review of the record, including Plaintiff's objections to the Report and Recommendation in the record, and for the reasons stated in this Court's Ruling and in the the Report and Recommendation of the Magistrate Judge which has been adopted by this Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**MONROE, LOUISIANA,** this 28th day of May, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE